incumbent on him to prove it (Walrod v. Ball, 9 Barb. 271, 272), need not be determined. A diligent search has failed to reveal any case where, in the absence of any evidence whatsoever, a plaintiff upon whom rests the burden to show loss arising out of a transaction incident to corporation bonds has been permitted to recover the par value of such bonds on a presumption of value only and without a particle of proof thereof. The record is full of evidence to show that the bonds were never treated by defendant as in fact worth anything like their par value, and defendant offered to prove the price at which the $200,000 of bonds finally remaining in its hands were sold at public auction after due advertisement; but plaintiffs' counsel said he raised no "question about that." The action seems to have been brought, tried, and decided on the theory that the value of the bonds lost to plaintiffs by reason of defendant's act was immaterial. This I think was error, because, if the defendant's total loan exceeded the value of all the bonds held by it as collateral, at any time, plaintiffs lost nothing by reason of defendant's surrender of a portion of those bonds from time to time as installments were paid on account of the loan. For the same lack of proof of value, plaintiffs failed to show any loss or damage by reason of the disposition of the remaining $200,000 in bonds. The judgment should be reversed, and a new trial granted.

---

HOLLOWELL & WISE CO. v. HUNGERFORD et al. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by the Hollowell & Wise Company against J. Arthur Hungerford and others. No opinion. Judgment affirmed, with costs.

---

HOLSTEIN v. STEEPLECHASE PARK CO. (two cases). (Supreme Court, Appellate Division, First Department. April 1, 1915.) Actions by Minnie Holstein and by Jacob Holstein against the Steeplechase Park Company. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 151 N. Y. Supp. 1121.

---

In re HOLZWORTH. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) In the matter of the final judicial settlement of the account of Sarah S. Holzworth, as executrix of the estate of William N. Slater, deceased. No opinion. Motion for leave to appeal to the Court of Appeals denied, as leave is unnecessary. Motion for injunction denied. See, also, 151 N. Y. Supp. 1075.

---

HOSMER, Sheriff, et al. v. AGRICULTURAL INS. CO. (No. 7031.) (Supreme Court, Appellate Division, First Department. March 26, 1915.) Appeal from Special Term, New York County. Action by Charles C. Hosmer, Sheriff, and another, against the Agricultural Insurance Company. From an order denying motion to vacate an order for examination before trial of a witness not a party to the action, defendant appeals. Reversed. Leo Levy, of New York City, for appellant. Edward B. Boise, of New York City, for respondents.

PER CURIAM. For the reasons stated in Harburger, as Sheriff, v. Westchester Fire Insurance Co., 152 N. Y. Supp. 272, decided herewith, the order appealed from will be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

---

HOWE v. GUBITZ et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by John I. Howe, Jr., against Gustav A. Gubitz and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1118.

---

HOWE v. GUBITZ et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by John I. Howe, Jr., against Gustav A. Gubitz and others. No opinion. Motion for stay granted, on condition that defendants perfect the appeal, place the case on the calendar for April 5, 1915, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 152 N. Y. Supp. 1118.

---

HOYT, Respondent, v. DICK et al., Appellants. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Orson C. Hoyt against Evans R. Dick and others. D. H. Miller, of New York City, for appellants. B. L. Marks, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re HUBER'S WILL. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of the probate of the last will and testament of Emilie Huber, deceased.

PER CURIAM. Decree and orders of the Surrogate's Court of Kings County affirmed, with costs.

BURR, J., not voting.

---

HUESTED, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Edward L. Huested, as administrator, etc., of Orel Huested, deceased, against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 141 N. Y. Supp. 1124, 156 App. Div. 918.

---

HUGUENOT TRUST CO. v. IRELAND. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Huguenot Trust Company against Robert D. Ireland.

PER CURIAM. Motion granted, so far as to stay the enforcement of the judgment until the hearing and decision by this court of the appeal from the order denying the motion to open the default herein, on condition that the appeal be brought on for argument on April 9, 1915. Settle order on notice. See, also, 152 N. Y. Supp. 1118, 1119.

---

HUGUENOT TRUST CO. v. IRELAND. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the

Huguenot Trust Company against Robert D. Ireland. No opinion. Motion denied. Settle order on notice. See, also, 152 N. Y. Supp. 1118, 1119.

HUGUENOT TRUST CO., Respondent, v. IRELAND, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Huguenot Trust Company against Robert D. Ireland, impleaded with others. A. J. Ernest, of New York City, for appellant. M. M. Schlesinger, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1118, 1119.

HUGUENOT TRUST CO. v. IRELAND et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Huguenot Trust Company against Robert D. Ireland, impleaded with others. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1118, 1119.

HULL v. FIFTY–SECOND ST. STORAGE HOUSE, Inc., et al. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Lawrence Hull, as trustee in bankruptcy, etc., against the Fifty-Second Street Storage House, Incorporated, and others. No opinion. Motion for resettlement of the order of the Special Term of February 24, 1915, stayed until the hearing and determination of the appeal herein, without costs. See, also, 152 N. Y. Supp. 363.

HULSE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Wells Hulse against Clarence L. Smith. No opinion. Judgment affirmed, without costs.

HUMPHREYS, Respondent, v. MARINE BASIN CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by George Humphreys against the Marine Basin Company. No opinion. Application denied, with $10 costs.

HURLBUT et al. v. STELLE et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Margaret H. Hurlbut and others against Lida K. Stelle and others, impleaded with Harry Wiggins. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re HUTTER. (Supreme Court, Appellate Division, First Department. March 26, 1915.) In the matter of Karl Hutter, deceased. No opinion. Order affirmed, with costs. Order filed.

In re HYDE. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) In the matter of the application of Emory James Hyde for admission to the bar. No opinion. Submit evidence as to the highest court of law in the state of Texas, and that applicant has practiced law therein for five years. This evidence should be by a certificate from a judge of said court. See rule 2 of the Court of Appeals (26 N. E. iv), and rule 1 of the General Rules of Practice.

INTERNATIONAL HANDKERCHIEF MFG. CO. v. MORSE et al. (No. 7012.) (Supreme Court, Appellate Division, First Department. March 19, 1915.) Appeal from Special Term, New York County. Action by the International Handkerchief Manufacturing Company against Benjamin Morse and Meyer Morse. From an order denying a motion to continue a temporary injunction pendente lite, plaintiff appeals. Affirmed. N. A. Elsberg, of New York City, for appellant. Julius Levy, of New York City, for respondents.

PER CURIAM. Without expressing any opinion as to the extent to which an injunction should be granted by the final judgment after the trial of the action, we think the order appealed from sufficiently protects the plaintiff pending such trial. The order must be affirmed, with $10 costs and disbursements.

ISRAELSON, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Isaac S. Israelson against Harry Pushae Williams. No opinion. Motion denied, on the ground that leave to appeal (from 151 N. Y. Supp. 679) to the Court of Appeals is unnecessary.

JACOBSON v. JACOBSON. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Anna Jacobson against Ignatz Jacobson, in which Max Brown appeals. M. Brown, of New York City, for appellant. R. Tally, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 85 Misc. Rep. 253, 148 N. Y. Supp. 341; 150 N. Y. Supp. 1091; 152 N. Y. Supp. 1119.

JACOBSON v. JACOBSON (two cases). (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Anna Jacobson against Ignatz Jacobson, in which Max Brown appeals. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1119.

JACOBSON v. WOLTHAUSEN. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Lazar Jacobson against John R. Wolthausen. No opinion. Motion granted, with $10 costs. Order filed.

JAFFE, Respondent, v. KRAKOWER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Charles Jaffe against Tobias Krakower and another. No opinion. Application denied, with $10 costs.